JAMES H. VAN BLARCOM, appellant,

*v.*

SOCRATES TUTTLE'S EXECUTORS, respondents.

On appeal from a decree advised by Vice-Chancellor Bird.

*Mr. Joseph Coult,* for appellant.

*Mr. John W. Griggs,* for respondents.

Porter v. Osmun.

Per Curiam.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.